LAW OFFICE OF

# BENJAMIN SILVERMAN

224 WEST 30TH ST., SUITE 302
NEW YORK, NY 10001

TEL (212) 203-8074
FAX (646) 843-3938
Benjamin@bsilvermanlaw.com

August 25, 2025

**By ECF**

Honorable Vera M. Scanlon
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *United States v. Dao Yin*, 25 Mag. 208 (VMS)

Your Honor:

I write respectfully to request permission to withdraw as counsel for Dao Yin in the above-referenced case. I was appointed under the Criminal Justice Act upon Mr. Yin's presentment on a complaint on June 13, 2025. Mr. Yin has now retained counsel, John Carman, who entered an appearance this morning. I conferred with Mr. Yin and Mr. Carman, and I now respectfully move to withdraw as counsel and have my appointment terminated. Thank you for your consideration.

Respectfully submitted,

 /s/ Benjamin Silverman
Benjamin Silverman

cc:  Counsel of record (by ECF)